UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA ESTELA PEREZ MENDOZA, | [~~PROPOSED~~] ORDER |
| Petitioner, | |
| vs. | |
| FERETI SEMAIA, WARDEN OF THE GEO GROUP ADELANTO ICE PROCESSING CENTER, | Case No. 5:25-cv-02532-HDV-MAR |
| DAVID MARIN, DIRECTOR OF LOS ANGELES FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; | |
| KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; AND | |
| PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES, | |
| IN THEIR OFFICIAL CAPACITIES, | |
| Respondents | |

**[~~PROPOSED~~] ORDER APPROVING STIPULATION RE INDIVIDUALIZED BOND HEARING**

Having reviewed the parties' Stipulation re Individualized Bond Hearing and good cause appearing, IT IS HEREBY ORDERED:

1. Petitioner shall be provided an individualized bond hearing before an Immigration Judge on or before October 6, 2025, pursuant to 8 U.S.C. § 1226(a).

2. All other relief is reserved. Nothing in this Order alters any prior orders in this case.

IT IS SO ORDERED.

DATED: __October 2_____, 2025

_____
Hon. Hernán D. Vera
United States District Judge